**STATE of Missouri, Respondent,**

**v.**

**Terence T. ESTERS, Defendant/Appellant.**

**No. ED 102592**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: March 1, 2016

Margaret M. Johnston, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

---

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

Chris Koster, Atty. Gen., Robert J. (Jeff) Bartholomew, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM

Terence T. Esters appeals from the judgment entered upon his conviction by a jury of deviate sexual assault, Section 566.070 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).